# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Morrison, Sarah D. | United States District Court, Southern District of Ohio | 08/12/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Court Judge - Active | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

U.S District Court
85 Marconi Blvd
Columbas, OH 43215

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1991 | Ohio Public Employees Retirement Plan (defined benefit pension plan) |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morrison, Sarah D. | 08/12/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Self-employed (financial advisor) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Morrison, Sarah D.** | 08/12/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Morrison, Sarah D.** | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐     NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   INDIVIDUAL ASSETS (H) | | | | | | | | | |
| 2.   KEY BANK (cash) | A | Interest | K | T | | | | | |
| 3.   USAA BANK (cash) | A | Interest | M | T | | | | | |
| 4.   WESTERN SOUTHERN WHOLE LIFE INSURANCE | A | Dividend | | | Redeemed | 02/06/20 | J | | |
| 5.   NORTHWESTERN MUTUAL WHOLE LIFE INSURANCE #1 | A | Dividend | J | T | | | | | |
| 6.   NORTHWESTERN MUTUAL WHOLE LIFE INSURANCE #2 | A | Dividend | J | T | | | | | |
| 7.   ACCOUNT #1 (H) | | | | | | | | | |
| 8.   LPL FINANCIAL INSURED DEPOSIT ACCOUNT (cash) | A | Interest | J | T | Open | 11/25/20 | O | | |
| 9.   BANK OF AMERICA (BAC) | A | Dividend | | | Buy | 12/02/20 | K | | |
| 10. | | | | | Sold | 12/03/20 | K | | |
| 11.   CARRIER GLOBAL CORP (CARR) | | None | K | T | Buy | 12/17/20 | K | | |
| 12.   CHEVRON CORP (CVX) | | None | K | T | Buy | 12/02/20 | K | | |
| 13.   COCA-COLA COMPANY (KO) | | None | L | T | Buy | 12/09/20 | K | | |
| 14. | | | | | Buy (add'l) | 12/10/20 | K | | |
| 15.   EXXON MOBIL CORP (XOM) | | None | K | T | Buy | 12/02/20 | K | | |
| 16.   INTEL CORP (INTC) | | None | K | T | Buy | 12/02/20 | K | | |
| 17.   JOHNSON & JOHNSON (JNJ) | | None | K | T | Buy | 12/17/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Morrison, Sarah D.** | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. NEW ORIENTAL EDUCATION & TECH GROUP (EDU) | | None | K | T | Buy | 12/10/20 | K | | |
| 19. QUEST DIAGNOSTICS INC (DGX) | | None | K | T | Buy | 12/10/20 | K | | |
| 20. RAYTHEON TECHNOLOGIES (RTX) | | None | K | T | Buy | 12/02/20 | K | | |
| 21. SCHWAB CHARLES CORP NEW (SCHW) | | None | K | T | Buy | 12/02/20 | K | | |
| 22. VIATRIS INC (VTRS) | | None | K | T | Buy | 12/29/20 | K | | |
| 23. WELLS FARGO & CO NEW (WFC) | | None | L | T | Buy | 12/02/20 | K | | |
| 24. | | | | | Buy (add'l) | 12/16/20 | K | | |
| 25. DAVIS FUNDAMENTAL SELECT US EQUITY (DUSA) | B | Dividend | N | T | Buy | 12/02/20 | N | | |
| 26. ACCOUNT #2 (H) | | | | | | | | | |
| 27. OHIO DC LIFEPATH 2035 | A | Int./Div. | L | T | | | | | |
| 28. ACCOUNT #3 (H) | | | | | | | | | |
| 29. NWMUTUAL MSA/BLACKROCK GOVT MONEY MARKET | | None | O | T | Buy | 10/02/20 | O | | |
| 30. NWMUTUAL DELAWARE DOMESTIC EQUITY | | None | | | Sold | 10/02/20 | K | D | |
| 31. NWMUTUAL MSA INDEX 500 STOCK | | None | | | Sold | 10/02/20 | L | D | |
| 32. NWMUTUAL FIDELITY VIP CONTRAFUND | | None | | | Sold | 10/02/20 | L | C | |
| 33. NWMUTUAL MSA INDEX 400 STOCK | | None | | | Sold | 10/02/20 | K | D | |
| 34. NWMUTUAL MSA WELLINGTON SMALL CAP GROWTH STOCK | | None | | | Sold | 10/02/20 | K | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Morrison, Sarah D.** | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. NWMUTUAL MFS RESEARCH INTERNATIONAL CORE | | None | | | Sold | 10/02/20 | K | C | |
| 36. NWMUTUAL FRANKLIN TEMP INTERNATIONAL EQUITY | | None | | | Sold | 10/02/20 | K | C | |
| 37. NWMUTUAL FIAM LLC INTERNATIONAL GROWTH | | None | | | Sold | 10/02/20 | K | B | |
| 38. NWMUTUAL ABERDEEN EMERGING MARKETS EQUITY | | None | | | Sold | 10/02/20 | K | D | |
| 39. NWMUTUAL WELLS CAPITAL MANAGEMENT SELECT BOND | | None | | | Sold | 10/02/20 | K | A | |
| 40. NWMUTUAL RIF STRATEGIC BOND | | None | | | Sold | 10/02/20 | J | A | |
| 41. NWMUTUAL AMERICAN CENTURY INFLATION PROTECTION | | None | | | Sold | 10/02/20 | J | A | |
| 42. NWMUTUAL PIMCO MULTI SECTOR BOND | | None | | | Sold | 10/02/20 | K | A | |
| 43. NWMUTUAL FEDERATED INV HIGH YIELD BOND | | None | | | Sold | 10/02/20 | J | A | |
| 44. NWMUTUAL RIF GLOBAL REAL ESTATE | | None | | | Sold | 10/02/20 | K | B | |
| 45. NWMUTUAL SUISSE COMMODITY STRATEGY | | None | | | Sold | 10/02/20 | K | A | |
| 46. ACCOUNT #4 (H) | | | | | | | | | |
| 47. LPL FINANCIAL INSURED DEPOSIT ACCOUNT (cash) | A | Interest | K | T | Open | 11/30/20 | M | | |
| 48. ALIBABA GROUP HOLDING LTD (BABA) | | None | K | T | Buy | 12/10/20 | K | | |
| 49. | | | | | Buy (add'l) | 12/29/20 | K | | |
| 50. ALPHABET INC CL A (GOOGL) | | None | K | T | Buy | 12/02/20 | K | | |
| 51. APPLE INC (AAPL) | | None | K | T | Buy | 12/02/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Morrison, Sarah D.** | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. DAVIS FUNDAMENTAL SELECT WORLDWIDE (DWLD) | A | Dividend | L | T | Buy | 12/02/20 | L | | |
| 53. ACCOUNT #5 (H) | | | | | | | | | |
| 54. LPL FINANCIAL INSURED DEPOSIT ACCOUNT (cash) | A | Interest | K | T | Open | 11/30/20 | K | | |
| 55. ACCOUNT #6 (H) | | | | | | | | | |
| 56. ALPHABET INC CL C (GOOG) (X) | | None | K | T | | | | | |
| 57. APPLE INC (AAPL) | A | Dividend | K | T | Buy | 09/21/20 | K | | |
| 58. BANK OF AMERICA CORP (BAC) | A | Dividend | | | Buy | 08/06/20 | K | | |
| 59. | | | | | Buy (add'l) | 08/14/20 | J | | |
| 60. | | | | | Sold | 12/03/20 | K | C | |
| 61. BRISTOL MYERS SQUIBB (BMY) | A | Dividend | K | T | Buy | 08/06/20 | K | | |
| 62. COPART INC (CPRT) | | None | K | T | Buy | 06/12/20 | J | | |
| 63. DNB ASA SPON ADR (DNHBY) | | None | K | T | Buy | 06/12/20 | J | | |
| 64. | | | | | Buy (add'l) | 09/30/20 | J | | |
| 65. EXXON MOBIL CORP (XOM) (X) | A | Dividend | | | Sold | 09/21/20 | J | | |
| 66. HUNTINGTON BANCSHARES INC (HBAN) (X) | A | Dividend | J | T | | | | | |
| 67. RAYTHEON TECHNOLOGIES CORP (RTX) (X) | A | Dividend | | | Sold | 09/21/20 | J | A | |
| 68. SCHWAB CHARLES CORP (SCHW) | A | Dividend | J | T | Buy | 06/12/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morrison, Sarah D. | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. WELLS FARGO & CO (WFC) | A | Dividend | | | Buy | 06/12/20 | J | | |
| 70. | | | | | Buy (add'l) | 07/14/20 | J | | |
| 71. | | | | | Sold | 08/06/20 | K | | |
| 72. ACCOUNT #7 (H) | | | | | | | | | |
| 73. NWM FDIC DEPOSIT (cash) | A | Interest | | | Closed | 11/25/20 | O | | |
| 74. INVESCO BALANCED-RISK COMMODITY STRATEGY FD CL Y (BRCYX) | | None | | | Sold (part) | 08/31/20 | J | | |
| 75. | | | | | Sold | 11/09/20 | K | | |
| 76. AMERICAN CENTURY SHORT DUR INFLATION PROTECTION BD FD CL I (APOHX) | | None | | | Buy | 07/24/20 | J | | |
| 77. | | | | | Sold | 11/09/20 | J | A | |
| 78. AMERICAN CENTURY SHORT DUR INFLATION PROTECTION BD FD INV CL (APOIX) | A | Dividend | | | Buy (add'l) | 04/13/20 | J | | |
| 79. | | | | | Sold | 07/24/20 | J | | |
| 80. BARON ASSET FD INSTITUTIONAL CL (BARIX) | | None | | | Sold | 11/09/20 | K | D | |
| 81. DODGE & COX INCOME FD (DODIX) | B | Dividend | | | Sold | 11/09/20 | L | C | |
| 82. AMERICAN FUNDS EUROPACIFIC GROWTH FD CL F-2 (AEPFX) | | None | | | Sold | 11/09/20 | L | E | |
| 83. FIDELITY ADVISOR NEW INSIGHTS FUND CLASS I (FINSX) | A | Dividend | | | Sold (part) | 08/31/20 | L | E | |
| 84. | | | | | Sold | 11/09/20 | L | E | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morrison, Sarah D. | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 85. GOLDMAN SACHS INTERNATIONAL SMALL CAP INSIGHTS FUNC CL I (GICIX) | | None | | | Sold | 11/09/20 | K | | |
| 86. GOLDMAN SACHS ABSOLUTE RETURN TRACKER FD INST'L CL (GJRTX) | | None | | | Sold | 11/09/20 | K | | |
| 87. OAKMARK INTERNATIONAL FUND ADVISOR CL (OAYIX) | | None | | | Buy | 07/24/20 | L | | |
| 88. | | | | | Buy (add'l) | 08/31/20 | J | | |
| 89. | | | | | Sold | 11/09/20 | L | C | |
| 90. THE OAKMARK INTERNATIONAL FD INVESTOR CLASS (OAKIX) | | None | | | Sold | 07/24/20 | L | | |
| 91. JOHN HANCOCK DISCIPLINED VALUE MID CAP FD CL I ( JVMIX) | | None | | | Sold | 11/09/20 | K | C | |
| 92. MFS VALUE FUND CL I (MEIIX) | B | Dividend | | | Buy (add'l) | 04/13/20 | J | | |
| 93. | | | | | Sold (part) | 08/31/20 | K | D | |
| 94. | | | | | Sold | 11/09/20 | L | E | |
| 95. NEW WORLD FUND CLASS F-2 (NFFFX) | | None | | | Sold | 11/09/20 | K | D | |
| 96. NORTHERN SMALL CAP VALUE FUND (NOSGX) | | None | | | Sold | 11/09/20 | K | | |
| 97. PIMCO INCOME FD CL 1-2 (PONPX) | A | Dividend | | | Sold | 11/09/20 | J | | |
| 98. PRINCIPAL REAL ESTATE SECURITIES FD CL 1 (PIREX) | A | Dividend | | | Sold | 11/09/20 | K | A | |
| 99. PRINCIPAL GLOBAL MUTI STRATEGY FD CL I (PSMIX) | | None | | | Sold | 11/09/20 | K | A | |
| 100. T ROWE PRICE EMERGING MARKETS STOCK (PRMSX) | | None | | | Sold | 11/09/20 | K | D | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morrison, Sarah D. | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 101. TIAA-CREF BOND FD ADVISOR CL (TIBHX) | A | Dividend | | | Sold (part) | 04/13/20 | K | A | |
| 102. | | | | | Sold | 11/09/20 | K | B | |
| 103. GOLDMAN SACHS ETF TR ACTIVEBETA US LARGE CAP EQ (GSLC) | A | Dividend | | | Buy | 08/31/20 | L | | |
| 104. | | | | | Sold | 11/09/20 | L | | |
| 105. ISHARES GOLD TR SHARES (IAU) | | None | | | Buy | 04/13/20 | J | | |
| 106. | | | | | Buy (add'l) | 08/31/20 | J | | |
| 107. | | | | | Sold | 11/09/20 | K | A | |
| 108. ISHARES TR MSCI USA VALUE FACTOR ETF (VLUE) | A | Dividend | | | Buy | 08/31/20 | K | | |
| 109. | | | | | Sold | 11/09/20 | K | B | |
| 110. ACCOUNT #8 (H) | | | | | | | | | |
| 111. INVESCO BALANCED-RISK COMMODITY STRATEGY FD CL Y (BRCYX) | | None | | | Sold (part) | 04/13/20 | J | | |
| 112. | | | | | Sold (part) | 08/31/20 | J | | |
| 113. | | | | | Sold | 11/09/20 | J | | |
| 114. BARON ASSET FD INSTITUTIONAL CL (BARIX) | | None | | | Sold (part) | 02/11/20 | J | A | |
| 115. | | | | | Sold | 11/09/20 | K | C | |
| 116. DODGE & COX INTERNATIONAL FD (DODFX) | | None | | | Sold (part) | 02/11/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Morrison, Sarah D.** | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 117. | | | | | Buy<br>(add'l) | 09/04/20 | J | | |
| 118. | | | | | Sold | 11/09/20 | K | A | |
| 119. AMERICAN FUNDS EUROPACIFIC<br>GROWTH FD CL F-2 (AEPFX) | | None | | | Sold<br>(part) | 02/11/20 | J | A | |
| 120. | | | | | Sold | 11/09/20 | K | D | |
| 121. FIDELITY ADVISOR NEW INSIGHTS<br>FD CL I (FINSX) | A | Dividend | | | Sold<br>(part) | 02/11/20 | K | C | |
| 122. | | | | | Sold<br>(part) | 08/31/20 | K | C | |
| 123. | | | | | Buy<br>(add'l) | 09/17/20 | J | | |
| 124. | | | | | Sold | 11/09/20 | K | D | |
| 125. FIDELITY ADVISOR INTERMEDIATE<br>MUNI INCOME FD CL I (FZIIX) | A | Distribution | | | Sold<br>(part) | 02/11/20 | J | A | |
| 126. | | | | | Sold | 11/09/20 | K | A | |
| 127. FRANKLIN FEDERAL INTERMEDIATE-<br>TERM INC FD ADVISORS CL (FITZX) | A | Distribution | | | Sold<br>(part) | 02/11/20 | J | | |
| 128. | | | | | Sold | 08/31/20 | K | A | |
| 129. JOHN HANCOCK DISCIPLINED VALUE<br>MID CAP FD CL I ( JVMIX) | | None | | | Sold<br>(part) | 02/11/20 | J | A | |
| 130. | | | | | Sold | 11/09/20 | J | A | |
| 131. MFS VALUE FUND CL I (MEIIX) | A | Dividend | | | Sold<br>(part) | 02/11/20 | J | B | |
| 132. | | | | | Sold<br>(part) | 08/31/20 | J | B | |
| 133. | | | | | Sold | 11/09/20 | K | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Morrison, Sarah D. | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 134. NEW WORLD FUND CLASS F-2 (NFFFX) | | None | | | Sold (part) | 02/11/20 | J | A | |
| 135. | | | | | Sold | 11/09/20 | J | C | |
| 136. NORTHERN SMALL CAP VALUE FUND (NOSGX) | | None | | | Sold (part) | 02/11/20 | J | | |
| 137. | | | | | Sold | 11/09/20 | J | | |
| 138. PRINCIPAL REAL ESTATE SECURITIES FD CL 1 (PIREX) | A | Dividend | | | Sold (part) | 02/11/20 | J | A | |
| 139. | | | | | Buy (add'l) | 09/04/20 | J | | |
| 140. | | | | | Sold | 11/09/20 | J | A | |
| 141. T ROWE PRICE EMERGING MARKETS STOCK (PRMSX) | | None | | | Sold (part) | 02/11/20 | J | A | |
| 142. | | | | | Sold | 11/09/20 | J | C | |
| 143. THE TAX EXEMPT BOND FUND OF AMERICA F-2 (TEAFX) | A | Dividend | | | Buy | 08/31/20 | K | | |
| 144. | | | | | Sold | 11/09/20 | K | | |
| 145. GOLDMAN SACHS ETF TR ACTIVEBETA LARGE CAP EQ (GSLC) | A | Dividend | | | Buy | 08/31/20 | K | | |
| 146. | | | | | Sold | 11/09/20 | K | A | |
| 147. ISHARES GOLD TR (IAU) | | None | | | Buy | 04/13/20 | J | | |
| 148. | | | | | Buy (add'l) | 08/31/20 | J | | |
| 149. | | | | | Sold | 11/09/20 | J | A | |
| 150. ISHARES TR MSCI USA VALUE FACTOR (VLUE) | A | Dividend | | | Buy | 08/31/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Morrison, Sarah D.** | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 151. | | | | | Sold | 11/09/20 | J | A | |
| 152. ACCOUNT #9 (H) | | | | | | | | | |
| 153. NWM FDIC DEPOSIT (cash) | A | Interest | | | Closed | 11/27/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Morrison, Sarah D.** | 08/12/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Account #3 is a NWM Individual Retirement Variable Annuity. The filer can select only the level of risk (aggressive) for this unit-based investment. Additional information on this investment is listed in Part VII to the best of the filer's information and belief.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sarah D. Morrison**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544